# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of Texas

Case Number: 2:20-CV-00065

Plaintiff:
**Vista Peak Ventures, LLC**

vs.

Defendant:
**Fujifilm Holdings Corporation and Fujifilm Corporation**

**State of New York, County of Albany)ss.:**

Received by Special Delivery Service Inc., to be served on **Fujifilm Corporation c/o Fujifilm North America Corporation, C/O Corporation Service Company, 80 State Street, Albany, NY 12207.**

I, James Boland, being duly sworn, depose and say that on the **6th day of March, 2020 at 2:35 pm, I:**

Served the within named **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Plaintiff's Complaint for Patent Infringement, Civil Cover Sheet and Plaintiff's Corporate Disclosure Statement** to Cathy Kreiger-Jewell as Litigation Management Specialist of Corporation Service Company as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'1", Weight: 110, Hair: Gray, Glasses: Y

I am over the age of 18 and have no interest in the above action.

James Boland
Process Server

Subscribed and Sworn to before me on the 10th day of March, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified In Albany County
My Commission Expires February 28, _____

Special Delivery Service Inc.,
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3203

Our Job Serial Number: 2020000841

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x